UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:14-cv-03549 JC<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this matter is remanded for further administrative action consistent with the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and the Order of Remand filed this date.

DATE:　　October 1, 2014

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE