Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email:  Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
JUAN ANTONIO RAMIREZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.
WESTERN DIVISION

| | |
|---|---|
| JUAN ANTONIO RAMIREZ ) | CASE NO.:  CV 14 3549  JC |
| ) | |
| Plaintiff ) | Order Awarding EAJA Fees |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

　　　IT IS ORDERED that based upon the parties Stipulation for the Award

and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

//

//

//

-1-

attorney fees under EAJA in the amount of THIRTY-TWO HUNDRED TWENTY-FIVE DOLLARS and 75/100 cents ($3,225.75), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: November 13, 2014

                                        _____/s/_____
                                        HONORABLE JACQUELINE CHOOLJIAN
                                        UNITED STATES MAGISTRATE JUDGE